826 A.2d 863

**The LORD'S NEW CHURCH which is Nova Hierosolyma**

**Petition of the Lord's New Church which is Nova Hierosolyma and Nova Domini Quae Est Nova Hierosolyma, the Lord's New Church which is Nova Hierosolyma, Petitioners.**

Supreme Court of Pennsylvania.

June 19, 2003.

480

## ORDER

PER CURIAM:

**AND NOW,** this 19th day of June, 2003, the Petition for Allowance of Appeal is hereby **GRANTED;** the Order of the Commonwealth Court of February 4, 2003 is **REVERSED** only in so far as it voided the actions of the special meeting of the Board of Directors on June 23, 1999, *see* 15 P.S. § 5703(b), and is **AFFIRMED** in all other respects. The Application for an Emergency Stay is **DENIED.** The Motion for Leave to File Reply is **DENIED.**

Justice CASTILLE files a dissenting statement.

JUSTICE CASTILLE, DISSENTING.

I dissent. I would uphold the well-reasoned decision of the Commonwealth Court. I believe that the five-day notice requirement for meetings under the Non Profit Corporation Law, 15 Pa.C.S. § 5703(b), is the minimum notice and that the corporation's bylaws cannot compress the time limitation. This matter itself demonstrates why the time limit must be a minimum, since various members of the charitable organization reside in the United States, South Africa and the Netherlands.